

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 4, 2015

No. 04-14-00645-CR

Kayela Paige **MCCLINTICK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1185C
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

The State's brief was originally due January 30, 2015; however, the court granted the State an extension of time to file the brief until March 5. The State has filed a motion requesting a further extension until April 1 to file its brief.

We **grant** the motion and **order** the State to file its brief by **April 1, 2015**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court